UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CORREA, | No. 2:23-cv-0739-TLN-KJN |
| Petitioner, | |
| v. | **ORDER** |
| JENNIFER SHAFFER, et al., | |
| Respondents. | |

      Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On December 21, 2023, the magistrate judge filed findings and recommendations herein which were served on Petitioner, and contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 21, 2023 (ECF No. 13) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Date: February 26, 2024

_____
Troy L. Nunley
United States District Judge

2